

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-8-1999

# USA v. McGlory

Precedential or Non-Precedential:

Docket 97-3057

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"USA v. McGlory" (1999). *1999 Decisions.* Paper 195.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/195

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed July 8, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 97-3057

UNITED STATES OF AMERICA

v.

REGINALD MCGLORY,

      Appellant

(D.C. Crim. No. 89-cr-00144)

Before: BECKER, Chief Judge, SLOVITER, MANSMANN
GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH,
McKEE, and RENDELL, Circuit Judges.

O R D E R FOR REHEARING EN BANC

A majority of the active judges having voted for rehearing
en banc in the above appeal, it is

ORDERED that the Clerk of this Court list the above for
rehearing en banc at the convenience of the Court.

      BY THE COURT:

      /s/Edward R. Becker
      CHIEF JUDGE

DATED: July 8, 1999

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit